UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mary Anthony

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:19-cv-628 |
| ) | |
| BOEHRINGER INGELHEIM ) | |
| PHARMACEUTICALS, INC., et al. ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

**SUMMONS IN A CIVIL ACTION**

**TO:** *(Defendant's name and address)*
    Boehringer Ingelheim Pharmaceuticals, Inc.
    Corporation Trust Center
    1209 Orange St.
    Wilmington, DE 19801

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Spencer Hoisington
    Campbell & Associates
    717 East Blvd.
    Charlotte, NC 28203

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court

Date **11/19/2019**

**Civil Action No.** 3:19-cv-628

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____, **a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:**
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                       **Server's signature**

                                                                       _____
                                                                       **Printed name and title**

                                                                       _____
                                                                       **Server's address**

**Additional information regarding attempted service, etc:**