# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| MARY ANTHONY,<br><br>      Plaintiff,<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; SANOFI US SERVICES INC.; CHATTEM, INC.; PFIZER, INC.; GLAXOSMITHKLINE, LLC; and JOHN DOES 1-100 INCLUSIVE,<br><br>      Defendants. | Case No.: 3:19-cv-00628-RJC<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>**Document Electronically Filed** |

This cause came before the Court upon Plaintiff Mary Anthony and Defendants Boehringer Ingelheim Pharmaceuticals, Inc., Sanofi US Services Inc., Chattem, Inc., Pfizer Inc., and GlaxoSmithKline LLC's Joint Motion to Extend Defendants' Time to Respond to Complaint. Having considered the Motion and the pertinent portions of the record, the Court ORDERS as follows:

The Motion is GRANTED. Defendants' time to respond to the Complaint in this case is extended by 60 days, until February 21, 2020, pending the decision of the JPML in *In re Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924. All other deadlines are similarly extended by 60 days, pending the decision of the JPML.

IT IS SO ORDERED.

Dated: _____          _____
                                  Hon. Robert J. Conrad, Jr.
                                  United States District Judge

1