## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, and that it is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

*/s/ Ursula M. Henninger*
Ursula M. Henninger
North Carolina Bar No. 19074

*Attorney for Defendant*
*Boehringer Ingelheim Pharmaceuticals, Inc.*